

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00167-CV

**IN THE INTEREST OF S.C.M., C.W.M., AND E.W.M.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-14753
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:    Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: November 20, 2024

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM